Katherine HARRIS, Plaintiff-Appellant,

v.

CABARRUS COUNTY BOARD OF EDUCATION, a body corporate; Union County Board of Education, a body corporate; Charlotte-Mecklenburg Board of Education, a body corporate; Stanly County Board of Education, a body corporate; Albemarle City Schools Board of Education, a body corporate; North Carolina Retirement System for Teachers and State Employees Board of Trustees; Barry Shepherd, in his individual capacity; Kathryn Auger, in her individual capacity; Gary Austin, in his individual capacity, Defendants-Appellees.

No. 17-1199

United States Court of Appeals, Fourth Circuit.

Submitted: May 25, 2017

Decided: May 30, 2017

Katherine Harris, Appellant Pro Se. Robert J. King, III, Daniel F. E. Smith, BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP, Greensboro, North Carolina; Terry LaMonte Wallace, WALLACE CHILDERS PLLC, Charlotte, North Carolina; Kirk London Bowling, BOWLING LAW FIRM, PLLC, Albemarle, North Carolina; Robert Michael Curran, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Katherine Harris appeals the district court's order dismissing her civil complaint as time-barred. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harris v. Cabarrus Cty. Bd. of Educ.*, No. 1:16-cv-00702-CCE-JEP (M.D.N.C. Jan. 26, 2017). We deny Harris' motion to amend her complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*